UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH K. DALRYMPLE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No. C11-1620-TSZ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Sarah K. Dalrymple seeks judicial review of the denial of her applications for disability insurance benefits and Social Security Income disability benefits by the Commissioner of the Social Security Administration. Dkt. 14. The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 22.

The Court has considered the parties' stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings as set forth below:

- The ALJ will conduct a new hearing, further develop the record and issue a new decision;

- The ALJ will re-evaluate and further develop the medical evidence or record;

REPORT AND RECOMMENDATION - 1

- The ALJ will re-evaluate step two and step three of the sequential evaluation process;
- The ALJ will re-evaluate plaintiff's residual functional capacity ("RFC"); and
- The ALJ will re-evaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, if necessary.

The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Thomas S. Zilly immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 17th day of February, 2012.

/s/ 
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2