11-CV-01620-AF

FILED —— ENTER
—— LODGED —— RECEIVED

FEB 2 ? 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT C WASHINGTON
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH K. DALRYMPLE,

               Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

               Defendant.

Case No. C11-1620-TSZ-BAT

**ORDER REVERSING AND
REMANDING CASE FOR
FURTHER ADMINISTRATIVE
PROCEEDINGS**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation, docket no. 19.

(2)     The final decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 28th day of Feb , 2012.

THOMAS S. ZILLY
United States District Judge

ORDER REVERSING AND REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 1